UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FD 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

Robert Lee Murray
AKA Leviticus Lucfer

Write the full name of each plaintiff.

No. _____
(To be filled out by Clerk's Office)

-against-

N.Y. C. D.O.C
7 John Dow C.O.
1- Jane Dow Capton

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☐ Yes   ☐ No

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Robert / Lee / Murray    ID 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
First Name / Middle Initial / Last Name

Leviticus Lucfer
State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

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
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Bellevue Prison Ward
Current Place of Detention

First ave 27th street
Institutional Address

N.Y. / N.Y. / 10016
County, City / State / Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☑ Other: VOP

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

**Defendant 1:**
First Name: Jane
Last Name: Dew
Shield #: Capton
Current Job Title (or other identifying information): Capton in C-71
Current Work Address: 18-18 Hazen St East Elmhurst NY
County, City: Elmhurst
State: NY
Zip Code: 11370

**Defendant 2:**
First Name: JOHN
Last Name: DOW
Shield #: C.O.
Current Job Title (or other identifying information): C.O. G-71
Current Work Address: 18-18 Hazen St East Elmhurst NY
County, City: Elmhurst
State: NY
Zip Code: 11370

**Defendant 3:**
First Name: JOHN
Last Name: DOW
Shield #: C.O
Current Job Title (or other identifying information): CO C-71
Current Work Address: 18-18 Hazen St East Elmhurst NY
County, City: Elmhurst
State: NY
Zip Code: 11370

**Defendant 4:**
First Name: John
Last Name: Dow
Shield #: C-O
Current Work Address: 18-18 Hazen St East Elmhurst NY
Current Job Title (or other identifying information): C-71
County, City: Elmhurst
State: NY
Zip Code: 11370

5- JOHN DOW C.O
6- JOHN DOW C.O
7- JOHN DOW C.O
8- JOHN DOW C.O

## V. STATEMENT OF CLAIM

Place(s) of occurrence: _intake_

Date(s) of occurrence: _11-16-2020_

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

I was Taken To C-95 on a vilation of parol at This Time I was please in To a pen was ware cos Taven me out to a strip aria wher 7GOS maid me Take of my Thing in front of a femel capton The officers sorounded me paper spray and Told me To Take of my clouced and I DiD as I was Told Do To me fatring for My life if I DiD Not Do as I was Told I would have Ben atact By officers so I D.D. as I was To a srppt Down To Nothing The officer Told me To But my hands on The was I DiD and Then he Tuke his penis and put in my put wild All The other officers looke Then whn it was over Thay Plac me in a pen and Told me wt to say Nothing I sarted fipping in To I got meaical I was Take To Belleyue Hospita

Page 4

mind cant sleep

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

an pain

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

damages as The court see Just and propre By The cct then That was Taven To me There is No money in The would That can give me Bake wath wu

Page 5

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

ARALeviticus LUCFe

Dated: 8-1-2021

Plaintiff's Signature: Robt mur

First Name: Robert     Middle Initial: Lee     Last Name: Murray   ID 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

Prison Address: First Avenue & 27 Street

County, City: N.Y.     State: N.Y.     Zip Code: 10016

Date on which I am delivering this complaint to prison authorities for mailing: 8-1-2021

