```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
ROBERT LEE MURRAY,                                               :
                                                                 :
                                Plaintiff,                       :
                                                                 :    21-cv-6718 (LJL)
                -v-                                              :
                                                                 :       ORDER
CITY OF NEW YORK, et al,                                         :
                                                                 :
                                Defendants.                      :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      In a letter dated November 23, 2021, Defendant City of New York submitted a renewed request "for immediate dismissal of this matter based on Plaintiff's continued and serious misconduct last week." Dkt. No. 26 at 1. Defendant requests that "the Court dismiss this action, with prejudice." *Id.* at 3.

      By **January 31, 2022**, Plaintiff Robert Lee Murray is directed to respond to Defendant's motion by filing a letter on the docket.

      The Clerk of Court is respectfully directed to mail a copy of this order to the pro se Plaintiff.

SO ORDERED.

Dated: December 14, 2021
       New York, New York

                                                  LEWIS J. LIMAN
                                          United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/2021