```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
ROBERT LEE MURRAY,                                           :
                                                             :
                         Plaintiff,                          :
                                                             :          21-cv-6718 (LJL)
             -v-                                             :
                                                             :              ORDER
CITY OF NEW YORK et al,                                      :
                                                             :
                         Defendants.                         :
                                                             :
-------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

    On November 23, 2021, Defendants filed a renewed letter-motion to dismiss the complaint with prejudice. Dkt. Nos. 25, 26. On February 22, 2022, Defendants filed a letter reiterating their request to dismiss the complaint with prejudice. Dkt. No. 38.

    If Defendants seek to dismiss the complaint with prejudice, Defendants are hereby ORDERED to move by formal motion, rather than letter-motion, and include all materials that they would like the Court to consider on the motion.

    The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se Plaintiff.

    SO ORDERED.

Dated: February 22, 2022　　　　　　　　　　_____
       New York, New York　　　　　　　　　　　　　　　LEWIS J. LIMAN
                                                            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/22/2022