```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
ROBERT LEE MURRAY,                                               :
                                                                 :
                        Plaintiff,                               :
                                                                 :       21-cv-6718 (LJL)
        -v-                                                      :
                                                                 :          ORDER
CITY OF NEW YORK et al.,                                         :
                                                                 :
                        Defendants.                              :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/2/2023

LEWIS J. LIMAN, United States District Judge:

On April 17, 2023, Plaintiff submitted releases for NYCPL § 160.50 records and for health information pursuant to HIPAA.  Dkt. No. 57.  Plaintiff also filed a second amended complaint on April 19, 2023.  Dkt. No. 59.  In light of Plaintiff's submissions, Defendants are ordered to provide a status update on the case by June 5, 2023.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: May 2, 2023                                  _____
       New York, New York                                    LEWIS J. LIMAN
                                                         United States District Judge