```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
ROBERT LEE MURRAY,                                                   :
                                                                     :
                              Plaintiff,                             :
                                                                     :         21-cv-6718 (LJL)
              -v-                                                    :
                                                                     :             ORDER
CITY OF NEW YORK ET AL.,                                             :
                                                                     :
                              Defendants.                            :
                                                                     :
---------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/2023

LEWIS J. LIMAN, United States District Judge:

The Court stays the deadline for the City to file an answer to the second amended complaint, Dkt. No. 59, until all John Doe and Jane Doe defendants have been identified. The parties are directed to submit a letter providing a status update on August 8, 2023.

The Court has also placed the second amended complaint, Dkt. No. 59, under seal and only viewable by the Court and the parties, due to the inclusion of Plaintiff's social security number. *See* Fed. R. Civ. P. 5.2.

The Clerk of Court is directed to update Plaintiff's address to:

> Robert Lee Murray
> B&C: 9502200004
> George R. Vierno Center
> 09-09 Hazen Street
> East Elmhurst, NY 11370

The Clerk of Court is directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: June 6, 2023
       New York, New York                    _____
                                                     LEWIS J. LIMAN
                                                United States District Judge