UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

ROBERT LEE MURRAY,

                          Plaintiff,

       -v-

CITY OF NEW YORK, et al.,

                         Defendants.

------------------------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED:__9/27/2023__

21-cv-6718 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

      Defendants' letter motion for an extension until November 6, 2023 to provide a status update regarding the Court's *Valentin* Order, Dkt. No. 68, is GRANTED.

      SO ORDERED.

Dated: September 27, 2023
       New York, New York

                                         LEWIS J. LIMAN
                               United States District Judge