```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
ROBERT LEE MURRAY,                                                 :
                                                                   :
                          Plaintiff,                               :
                                                                   :          21-cv-6718 (LJL)
              -v-                                                  :
                                                                   :              ORDER
CITY OF NEW YORK, et al.,                                          :
                                                                   :
                          Defendants.                              :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/7/2023

LEWIS J. LIMAN, United States District Judge:

      Defendants' letter motion, Dkt. No. 72, is GRANTED. Plaintiff is hereby ORDERED to file a letter with the Court that provides a physical description of the Doe Defendants by November 29, 2023. *See Bishop v. City of New York*, 2016 WL 4484245, at *1 (S.D.N.Y. Aug. 18, 2016); *Cato v. Zweller*, 2023 WL 2352922, at *1–2 (W.D.N.Y. Mar. 3, 2023). If Plaintiff fails to do so, Defendants will be relieved of their *Valentin* obligations to assist Plaintiff in identifying the Doe Defendants. *See Vassel v. Palisades Funding Corp.*, 2022 WL 20690152, at *1 (E.D.N.Y. Sept. 9, 2022), *report and recommendation adopted*, 2023 WL 6201737 (E.D.N.Y. Sept. 22, 2023).

      SO ORDERED.

Dated: November 7, 2023
       New York, New York

                                            LEWIS J. LIMAN
                                            United States District Judge