①

TO: District Courts
Southern District OF N.Y.
To Hon. Judge Lewis J. Liman

RECEIVED
SDNY PRO SE OFFICE
2023 DEC -6 PM 3:50

Murray/Lucfer v. City OF N.Y.
21 CV 6718

Dear Hon

I am plaintiff of The aBove case
I had Someone call The procee
office They was Told That
I had To Nov 28 To give
a Discrption of The offices ThtaT
Rape me

The officer That Rape me
was Tall Dark Sken and
young like The age OF 25 to
30

②

The officer That had The mask
in his had was a older wite
C.O Then There was another
C.O. he was of hispanick decent
The Sgt/Captin ~~~~~~~ The She
To was of hispnick Decent

when I was Rape my mind
whent Blink lice Black
I can F.D The ONE That
Rape me I will Never
forget his Face
and when I reported it
To a Capt and a Dep he Trid
To come in a cell and I
Beleve was going to kill me

③

I like To report To The
courts I received a supena
in The mail say That Belvue
Hospital was served it was
Dated 10-18-23 on 10-24 I
came out my cell in The morning
I a Set my Legal Work on
The tabel officers suroundid
me and sent an inmate after
me The inmate was a Big guy
as he came after me with
the officers he Bet me
when I Trid To protect
my self a officer sprad
me with mase That And
The Beating renderd me
UNconchis and I cant
Walk I was given NO
medical I as in a place cell
12 main on a garny 10-24
To 10-25 I heard The
capt and Doctor say he
can write it up as
a Slip and Fall and I

(4)

Bupt my head But I mubt
Sign when I refuse To
Sign I was Taven To my
cell on a garny To my cell
and lide on The Bed
all my Legal work was gone
all my Books was rip up
I put my Bed on The Floor
my Nose was Bleding my
legs and Back is injured
I was on The Floor From
10-25-23 to 10-30-23

The morning on 10-30 I
was Told I had court
I Scremd I Need medical
They But me in a Chare
I seen I Doctar I Told
him I Need To go To a
out side hospity To Be seen
He left To room a capt
and a co Tuke me To
The reeving Room in The
pusht CHair

Please call
genger Lopez          (5)  212-577-3530
she Preserved The Tapes   Prisoner Rights
I was Draged on a Bus
and when I got To
cout I was on The Floor
of The Bus I Told Them
I Need medical EMS was
called I was Taken To
Lincoln Hospital I was Told
I had a Broken Nose The
Nevers in my Legs ar Damige
again The Doct Told The
ORficers I Need a walecher
I Told The Doctor That
When I get Back To
Jail They are going To
Trie and kill me she
gave me a Letter I sen
it To The courts

P.s and
They are Not
giving me
my mail

Robert mercy
Knowas Leviticos Lufo

NYC
HEALTH+
HOSPITALS | Lincoln

**Emergency Department**

| Name | Address | Phone | Fax |
|------|---------|-------|-----|
| Lincoln ED Adult | 234 E 149th Street Bronx NY 10451 | 718-579-5000 | 718-579-5000 |

October 31, 2023

Patient:     **Robert Murray**
Date of Birth: **02/15/1972**
Date of Visit: **10/30/2023**

5505334-4184

To Whom It May Concern:

Robert Murray was seen and treated in our emergency department on 10/30/2023.
Robert Murray
has a chronic neuropathy likely related to [his] 22 from Bellevue Hospital documents that he
that he was seen by neurology/OT and PT [i]s underlying [PV]. There is documentation
time was that he was to be discharged with [a]t that time and the recommendation at that
documentation he was discharged with a w[ith] a wheelchair to Rikers Island. Per the
[wh]eelchair for use at that time.

If you have any questions or concerns, plea[se] don't hesitate to call.

Ryan, Mary, MD



Nilofori Ekoue BC 895-23-00057
09-09 Hazen St
East Elmhurst N.Y. 11370

NEW YORK NY 100
4 DEC 2023  PM 6 L

RECEIVED
SDNY PRO SE OFFICE
2023 DEC -6  PM 3: 50

Pro-se Clerk Office
(SDNY)
500 Pearl Street
New York N.Y.

New York N.Y. 10007

10007-131699