```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
ROBERT LEE MURRAY,                                             :
                                                               :
                         Plaintiff,                            :
                                                               :         21-cv-6718 (LJL)
         -v-                                                   :
                                                               :              ORDER
CITY OF NEW YORK ET AL.,                                       :
                                                               :
                         Defendants.                           :
                                                               :
---------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The Court will hold a telephonic status conference on February 1, 2024, at 2 P.M. The parties are directed to dial into the Court's teleconference number at 888-251-2909, use Access Code 2123101, and follow the necessary prompts at that time.

Defendants' counsel is directed to contact the warden at the facility Plaintiff is housed to ensure his production for the telephonic status conference.

SO ORDERED.

Dated: January 4, 2024
       New York, New York                          _____
                                                   LEWIS J. LIMAN
                                                   United States District Judge