

**THE CITY OF NEW YORK**

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**EUN JEE (ESTHER) KIM**
*Assistant Corporation Counsel*
Tel.: (212) 356-2340
Fax: (212) 356-3509
Email: eunkim@law.nyc.gov

January 25, 2024

*The request is GRANTED and the status conference is adjourned sine die. The City shall file a letter six months from the date of this Endorsement and every six months thereafter informing the Court of the status of this matter. The City is also ORDERED to request a status conference within two weeks of the date on which it is informed that Plaintiff has been released from the hospital and is available for a conference.*

*DATE: January 26, 2024*

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

<u>VIA ECF</u>
Honorable Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     <u>Robert Lee Murray v. City of New York, et al.</u>,
        21 Civ. 6718 (LJL)

Your Honor:

I am an Assistant Corporation Counsel in the office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York and the attorney assigned to the above-referenced matter. Defendant City writes pursuant to Your Honor's Individual Practices in Civil Cases to respectfully request an adjournment of the status conference currently scheduled for February 1, 2024 at 2 PM. This is the first request of its kind. Due to plaintiff's incarceration status, defendant was unable to ascertain plaintiff's position regarding this request prior to the submission of this letter.

The reason for this instant request is that the undersigned was recently transferred this matter and upon conferring with the New York City Department of Correction ("DOC") liaison on January 19, 2024, the undersigned was informed that, upon information and belief, plaintiff had been transferred from the George R. Vierno Center facility ("GRVC") to a state hospital earlier this month for medical treatment. It is my understanding that while plaintiff is in custody at the hospital, he will not be available for a conference. I was further informed that there was not an estimated date of release of plaintiff from the hospital back to DOC custody.

In light of the foregoing, defendant respectfully requests an adjournment of the status conference currently scheduled for February 1, 2024 at 2 PM, *sine die*. To the extent helpful, the undersigned can provide status updates to the Court regarding plaintiff's incarceration status every thirty days, or at the convenience of the Court.

Thank you for your consideration herein.

          Respectfully submitted,

          /s/ *Eun Jee (Esther) Kim*

          Eun Jee (Esther) Kim
          *Assistant Corporation Counsel*
          Special Federal Litigation Division

cc: **VIA FIRST-CLASS MAIL**
    Robert Murray
    *Plaintiff pro se*
    B&C: 9902300038
    George R. Vierno Center
    09-09 Hazen Street
    East Elmhurst, NY 11370