*"Hashem is King his Son is prince*

*Hashem see all Things*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Robert Lee Murray known
as Leviticus Bofuet Lucifer
_____
Write the full name of each plaintiff.

No. 21-CV-06718 (JL)
(To be filled out by Clerk's Office)

amended

-against-

City of New York
Dept Coo John Doe C.O's 7
1 Female Jane Doe Capt.
_____
Write the full name of each defendant. If you cannot fit the
names of all of the defendants in the space provided, please
write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The
names listed above must be identical to those contained in
Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☐ Yes  ☑ No

Trial By Judge
DEMANDED

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I.    LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II.    PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Robert _____ Lee _____ murray
First Name          Middle Initial          Last Name

LEviticus Bofmetlocfer
State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

950-22-00004
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

18-18 HazeN st East Elmhurst NY 11370
Current Place of Detention

AMKC 19-18 HazeN st
Institutional Address

Elmhurst _____ NY _____ 11370
County, City          State          Zip Code

## III.    PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced prisoner

☐ Other: _____

Page 2

## IV.   DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:  Dept Foo

First Name              Last Name                    Shield #

Dept.

Current Job Title (or other identifying information)

18-18 Hazen St

Current Work Address

Elmhurst              NY              11370

County, City              State              Zip Code

Defendant 2:  7 John Doe Officer

First Name              Last Name                    Shield #

18-18 Hazen St C.O.

Current Job Title (or other identifying information)

18-18 Hazen St

Current Work Address

East Elmhurst              NY              11370

County, City              State              Zip Code

Defendant 3:  1 Jane Doe Capt

First Name              Last Name                    Shield #

Capts

Current Job Title (or other identifying information)

18-18 Hazen St

Current Work Address

Elmhurst              NY              11370

County, City              State              Zip Code

Defendant 4:

First Name              Last Name                    Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City              State              Zip Code

## V.   STATEMENT OF CLAIM

Place(s) of occurrence: AMKC reciving Room area

Date(s) of occurrence: NOV 14, 2020 TO NOV 15, 2020 TO NOV 16, 2020 in reciving Room area

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

I am STATEing all The FACTS OF The incident in a written STATMENT as The court instructed me TO Do I Sending a $$160.50 aTTached To This Document with medical relase forms I Need To court To understand I Fell UNCONSUIOUS at The Time of The sexual assault and at That Time I lost memories my mind whent Blank at The Time OF The sexual assault I also call prisoners Rights project and They requested That The video of That area Be preserved From when I was in The Receiveing Room area and when I Left. prea was contacted They Told me That There was an investigation and They would look at The cameras I contacted a lawyer Name MATTHEW B. WALLER llc he contacted aNoThe Lawyer Name soil They Order My medical record FROM Rikers Island There records indicated That The incident

2

Never happened I got relase and
I whent To Bellevue Hospita and The records
was There so Rikers Island made fake
medical records and They have a copy
of Those records if They have Done This
To me How many people have They
Done This To and got away with it
and How Many of The fake records has
They Filed with The court and got cases
Dismissed

The rape happen on Nov 15, 2020 any
Time of 4:00 am and 9:00 am in The morning

I got To The Rikers Island facility on
NOV 14, 2020 I Sleep so it had To Be
The morning of NOV 15, 2020

ON NOV 14, 2020 I was Lock up on
a parole Violation I was Taken TO
Rikers Island c-95 receiving room When
I got there I was placed in a cell
after Being login TO The Facility I Fell
asleep I woke up TO The sound
of a lady office saying That she was
going TO give out 2 Box of cereal Then
That when a male c.o. step in and
Told her That he will DO it. When
she walk away he said he was $
only giveing out 1 Box he gave me and
The other inmates 1 Box I Threw it
at The gate Then he walk away
and come Back with 5 to 7 Officers
and one Female capt. I was Told TO
step out The cell. I complied I was
escorted To a strip search area B Then
I was surrounded By The officers and
They had Their chemical agent in
Their had and ordered me To remove
my Clothes I DiD as I was Told
Because I was in Fear of my life
ONE of The officers Told me To Turn
around and place my hands on
The wall and Not To more

4

claim(1) I Look around and seen all The officers Standing with The agents in The hands The officer inserted a condom on as the Female capt. Look on as he vigorously inserted his penis in to my rectum and This Time my mind was racing where I lost conciousness. The last Thing I heard was This is what we Do TO gangsters

claim(2) after The Sexcal encounter I was placed placed in TO a cell where a capt and a Dept. came To The Door I informed Them of what happened TO me in The search area They Told me That They will look in To it 5 minutes after I Talked TO Them The officers That Sexually assaulted me was walking out Side The cell looking in They enter the cell and came after me I ran To The Toilet where it was clogged up and put my hand in and Threw what was in The Toilet at Them in fear for my life

at That time They retreated From
The cell. Then a extraction Team came
I Then put my hands Through and
got cuff and was saying I DiD
What I DiD in Fear of my life

Claim (3) I was Taken TO The clinic where
I Seen a Doctor I informed him of
What happen TO me in The Search area
he Told me To go Back To my cell and
he will Put it in my medical records
That when I Told him if he Dont
send me to a out Side Hospital its
going to Be a Situation when he look
in my Underwear he seen "BLood"
Then he Told The Female Capt. he
was Sending me out She Told him
No send him Back To his cell
I Told him ~~that~~ That They are
going To have To Kill me

6

Claim(4) after That DeptFoo came and had 2 JohnDoe officers put CuFF on me That was so Tight it cut in To my Skin when I got To The hospital The CuFF was so Tight I was crying The hospital STAFF was asking The officers To Loosen The CuFF The officers Told The hospital staFF That They was ordered Not To By DeptFoo The Date was Nov 16, 2020

Claim(5) When I DiD see The Rape specialist She ask me what happen I Told her and I was seen at Bellevue Hospital where a rape kit was administered and according to her There was Evidence That Mr murray was Rape There was bleeding Through my rectal area and I was in pain for several Days

7

Claim(6)  Then I call Ginger Lope when I got Back To The Facility she sent a complaint To Doc To preserved The video Footage of That area From Nov 14, 2020 during and after so The Tape Should Be preserved of me coming in and going out So They Should have The Tape From Nov 14, 2020 To Nov 15, 2020 and I was sent out The Facility on Nov 16, 2020 To Bellevue — Hospital

From: LEviticus Bafmat Lucfer
Slave Name Robert Lee murray

## Report of Sexual Assault/Request for Video Preservation: Robert Murray, B&C; 895-20-00730; NYSID: 06093686K, AMKC

**Lopez, Ginger** <MGLopez@legal-aid.org>

Thu 11/19/2020 2:25 PM

To: 'sarena.townsend@doc.nyc.gov' <sarena.townsend@doc.nyc.gov>;'Ruben.Benitez@doc.nyc.gov' <Ruben.Benitez@doc.nyc.gov>

Cc: 'Heidi.Grossman@doc.nyc.gov' <Heidi.Grossman@doc.nyc.gov>;'Brenda.cooke@doc.nyc.gov' <Brenda.cooke@doc.nyc.gov>;'Tara.Daggett@doc.nyc.gov' <Tara.Daggett@doc.nyc.gov>;'constituentservices@doc.nyc.gov' <constituentservices@doc.nyc.gov>;'complaints@boc.nyc.gov' <complaints@boc.nyc.gov>;Anna Friedberg <afriedberg@tillidgroup.com>

I write on behalf of Mr. Robert Murray, 895-20-00730, who reports that he was sexually assaulted by a correction officer on Saturday, November 14th between the hours of 4 and 9A.M., in the AMKC receiving room.

Mr. Murray says before the sexual assault he was having a disagreement with correction officers regarding the distribution of cereal. Mr. Murray says after the disagreement he was then escorted to the receiving room in AMKC and stripped searched. He says then in the presence of a female officer, a male officer put a condom on and told Mr. Murray, "this is what we do to gangsters" and proceeded to sexually assault him.

Mr. Murray says he was taken to Bellevue Hospital where a rape kit was administered and according to Mr. Murray, there was evidence that he had been sexually assaulted. Mr. Murray says he was bleeding through his rectal area and in severe pain for several days.

Mr. Murray says he was interviewed by the Inspector General and provided a statement regarding the sexual assault. Mr. Murray says that there was a camera in the receiving room that captured the assault and he is requesting that the video be preserved for future litigation.

Would you please ensure that all video footage, before, during and after the above reported sexual assault that occurred on <u>Saturday morning, November 14th, in the AMKC</u> receiving room be preserved for possible future litigation?

Please inform me of your actions in response to this request.

Thank you in advance for your attention to this matter.



Mayzabeth Ginger Lopez
Paralegal Casehandler

Prisoners' Rights Project
The Legal Aid Society
199 Water Street 6th Floor
New York, NY 10038

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

bleeding Through rectal area and sever pain For several Day The experiance was Traumatic and my mind will Never Be Right on earth

## VI.   RELIEF

State briefly what money damages or other relief you want the court to order.

I Lucfer pray once The courts see all The evidence I will receive a just Payment, as The cart see just and proper

21CV6718

## DESIGNATION OF AGENT FOR ACCESS TO SEALED
## RECORDS PURSUANT TO NYCPL 160.50 AND 160.55

I, Robert Murray aka Leviticus Lucfer, Date of Birth [REDACTED] SS# [REDACTED] _____ pursuant to CPL §§ 160.50 and 160.55, hereby designate HON. SYLVIA O. HINDS-RADIX, Corporation Counsel of the City of New York, or her authorized representative, as my agent to whom records of the criminal action terminated in my favor entitled People of the State of New York v.Robert Murray aka Leviticus Lucfer, Docket No. or Indictment No. _____, in _____ Court, County of _____, State of New York, relating to my arrest on or about November 14, 2020 may be made available.

I understand that until now the aforesaid records have been sealed pursuant to CPL §§ 160.50 and 160.55, which permits those records to be made available only (1) to persons designated by me, or (2) to certain other parties specifically designated in that statute.

I further understand that the person designated by me above as a person to whom the records may be made available is not bound by the statutory sealing requirements of CPL §§ 160.50 and 160.55.

The records to be made available to the person designated above comprise all records and papers relating to my arrest and prosecution in the criminal action identified herein on file with any court, police agency, prosecutor's office or state or local agency that were ordered to be sealed under the provisions of CPL §§ 160.50 and 160.55.

_____
Robert Murray aka Leviticus Lucfer

STATE OF NEW YORK )
                  : SS.:
COUNTY OF Bronx   )

On this 11th day of April , 2023, before me personally came Robert Murray aka Leviticus Lucfer, to me known and known to me to be the individual described in and who executed the foregoing instrument, and he acknowledged to me that he executed the same.

_____
NOTARY PUBLIC

[Notary stamp: MARK DULE, Notary Public, State of New York, No. 01DU6343741, Qualified in Kings County, My Comm. Expires June 20, 2024]

TO: Felicia Thomas Paralegal
Sent TO: The CiTY of
NEW York
   LAW DEPARTMENT
100 CHURCH Street
NEW York N.Y. 10007        C.C. SOUTHERN DiStrict courts

ZICV6718

OCA Official Form No.: 96

# AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA
**[This form has been approved by the New York State Department of Health]**

| Patient Name Robert Murray | Date of Birth ██ 72 | Social Security Number ██████ |
|---|---|---|

Patient Address 18-18 HazeN St EastElmhurst NY 11370

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL** and **DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7. Name and address of health provider or entity to release this information:
Bellevue Hospital

8. Name and address of person(s) or category of person to whom this information will be sent:

9. (a). Specific information to be released:

☑ Medical Record from (insert date) 2020, NOV to (insert date) 2023
☑ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

☐ Other: _____

Include: *(Indicate by Initialing)*
_RM_ Alcohol/Drug Treatment
_RM_ Mental Health Information
_RM_ HIV-Related Information

**Authorization to Discuss Health Information**

(b) ☑ By initialing here _RM_ I authorize _____
　　　　　Initials　　　　　　　　　　Name of individual health care provider
to discuss my health information with my attorney, or a government agency, listed here:

_____ (Attorney/ Firm Name or Government Agency Name)

| 10. Reason for release of information: ☐ At request of individual ☐ Other: | 11. Date or event on which this authorization will expire: |
|---|---|

| 12. If not the patient, name of person signing form: | 13. **Authority** to sign on behalf of patient: |
|---|---|

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

Signature of patient or representative authorized by law.

Date: 4-10-23

**Human Immunodeficiency Virus** that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.

HHC

**NYCHHC HIPAA Authorization to Disclose Health Information**

ALL FIELDS MUST BE COMPLETED

THIS FORM MAY NOT BE USED FOR RESEARCH OR MARKETING, FUNDRAISING OR PUBLIC RELATIONS AUTHORIZATIONS

| PATIENT NAME/ADDRESS | DATE OF BIRTH | PATIENT SSN |
|---|---|---|
| Robert murray 18-18 Hazen St East Elmhurst NY 11370 | ▮▮ 72 — MEDICAL RECORD NUMBER | ▮▮ — TELEPHONE NUMBER |

| NAME OF HEALTH PROVIDER TO RELEASE INFORMATION | SPECIFIC INFORMATION TO BE RELEASED: |
|---|---|
| Bellevue Hospital | Information Requested _____ |
| | Treatment Dates from NOV 16, 2020 to _____ |

NAME & ADDRESS OF PERSON OR ENTITY TO WHOM INFO. WILL BE SENT

INFORMATION TO BE RELEASED (If the box is checked, you are authorizing the release of that type of information). Please note: unless all of the boxes are checked, we may be unable to process your request.

☐ Alcohol and/or Substance Abuse Program Information

☐ Genetic Testing Information

☐ Mental Health Information

☐ HIV/AIDS-related Information

REASON FOR RELEASE OF INFORMATION

☐ Legal Matter    ☐ Individual's Request

☐ Other (please specify): _____

WHEN WILL THIS AUTHORIZATION EXPIRE? (Please check one)

☐ Event: _____    ☐ On this date: _____

I, or my authorized representative, authorize the use or disclosure of my medical and/or billing information as I have described on this form.

I understand that my medical and/or billing information could be re-disclosed and no longer protected by federal health information privacy regulations if the recipient(s) described on this form are not required by law to protect the privacy of the information.

I understand that if my medical and/or billing records contain information relating to **ALCOHOL** or **SUBSTANCE ABUSE, GENETIC TESTING, MENTAL HEALTH,** and/or **CONFIDENTIAL HIV/AIDS RELATED INFORMATION,** this information will not be released to the person(s) I have indicated unless I check the box(es) for this information on this form.

I understand that if I am authorizing the use or disclosure of HIV/AIDS-related information, the recipient(s) is prohibited from using or re-disclosing any HIV/AIDS-related information without my authorization, unless permitted to do so under federal or state law. I also understand that I have a right to request a list of people who may receive or use my HIV/AIDS-related information without authorization. If I experience discrimination because of the use or disclosure of HIV/AIDS-related information, I may contact the New York State Division of Human Rights at 212.480.2493 or the New York City Commission of Human Rights at 212.306.7450. These agencies are responsible for protecting my rights.

I understand that I have a right to refuse to sign this authorization and that my health care, the payment for my health care, and my health care benefits will not be affected if I do not sign this form. I also understand that if I refuse to sign this authorization, NYCHHC cannot honor my request to disclose  my medical and/or billing information.

I understand that I have a right to request to inspect and/or receive a copy of the information described on this authorization form by completing a  Request for Access Form. I also understand that I have a right to receive a copy of this form after I have signed it.

I understand that if I have signed this authorization form to use or disclose my medical and/or billing information, I have the right to revoke it at any time, except to the extent that NYCHHC has already taken action based on my authorization or that the authorization was obtained as a condition for   obtaining insurance coverage.

To revoke this authorization, please contact the facility Health Information Management department processing this request.

*I have read this form and all of my questions have been answered. By signing below, I acknowledge that I have read and accept all of the above.*

| SIGNATURE OF PATIENT OR PERSONAL REPRESENTATIVE | IF NOT PATIENT, PRINT NAME & CONTACT INFORMATION OF PERSONAL REPRESENTATIVE SIGNING FORM |
|---|---|
| | |
| DATE 4-10-23 | DESCRIPTION OF PERSONAL REPRESENTATIVE'S AUTHORITY TO ACT ON BEHALF OF PATIENT |

**If HHC has requested this authorization, the patient or his/her Personal Representative must be provided a copy of this form after it has been signed.**

| HHC USE ONLY | |
|---|---|
| Date Received: | Initials of HIM employee processing request: |
| Date Completed: | Comments: |

NYCHHC HIPAA Authorization 2413, Revised 06-05

21 CV 6718

I understand that authorization the disclosure of this health information is voluntary, I can refuse to sign this authorization. I need not sign this form in order to assure treatment. I understand I may inspect or copy the information to be used or disclosed, as provided in 45 CFR 164.524. I understand any disclosure of information carries with it the potential for an unauthorized re-disclosure and the information may not be protected by federal confidentiality rules. If I have questions about disclosure of my health information, I can contact (Name of Medical Provider's Risk Management Office).

Dated:          New York, New York
                _____, 2023

                                                    _____
                                                    ROBERT MURRAY AKA LEVITICUS
                                                    LUCFER


STATE OF NEW YORK          )
                           :  SS:
COUNTY OF  Bronx           )

        On the 11th day of April_____, 2023, before me personally came and appeared ROBERT MURRAY AKA LEVITICUS LUCFER, to me known and known to me to be the individual described in and who executed the foregoing instrument, and who duly acknowledged to me that he executed the same.

                                        _____
                                        NOTARY PUBLIC

MARK DUKE
Notary Public, State of New York
No. 01DU6343741
Qualified in Kings County
My Comm. Expires June 20, 2024

3-26-202_

TO: Hon. Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court

Re: Murray as Leviticus Lucfer v. Dabo et al.
(VEC) (GWG)  22CV4026

Slave Name is Robert Lee Murray
Hebrew Name is Leviticus Burnet Lucfer
This is my Sworn affidavit under penaltys
of perjury
Dear Judge Gorenstein:

as True correct, and complete, Not misleading
The truth The whole Truth and nothing
but the truth, documents and on nearly every
single document That the system desires
others To be bound or obligated Such —
means of signing is an oath or commercial —
Affidavit Executed under penalty of perjury.

"true Correct, and complete"
whereas in court setting. testimony (oral)
is stated in judicial terms by being sworn
to Be "The truth the whole Truth and —
nothing but the Truth so help me" God"

in addition to asserting all matters under solem "oath" of personal, Legal liability for the validity of each and every Statement

The DEFENDANTS " must provide material evidence To There Statement's

Plaintiff was a patient at Kirby. Forensic Psychiatric center (Kirby) has video and audio That's where each and every particular assertion to Sustain — credibility as it "Stands"

When a person issue an affidavit it is a two edged Sword it cut both ways — Someone has to Take "responsibility for writein a lie " " or makeing a verbal Statement of a lie"

an Affidavit can be Called a True bill and if its a lie You also incur The liability — because This has TO be a Situation — where other people might be adversely affected by it. Things change when you lie. These Thing affect people lives. people depend on the truth when it comes TO — a Statement made or written under a body OF "Law"

Claims made in my Amended Complaint and affidavit if not rebutted with Evidence emerge as The truth of the matter " He who does deny, admits "

He who Fails to assert his rights has "none"

1- Dabo lied in med court Sed I was makeing False allegation against people For Rape and Told med court I was assaulting Staff

2- mr murray is Floridly psychtic and very aggressive at the hospital he has been Smearing and throwing Feces in addition to Spitting at and assaulting "Staff"

3- April 27, 2022 Kirby presented "evidence" From Dr. Dabo and Dr. Gareen Hamalian To med Court To give me medication over my objection " give up The evidence"

4- Mr. murray Screamed loudly in The hallway he shouted that he was being raped while he was observed inserting his Fist into his rectum

like I Stated in my AFFidavit of Point BY Point Facts Kirby has Video and audio

we can Stope playing This Game The ATTORNEY GENERAL is lieing TO The court

You Told The courts I have NOT made NO complaint's TO The mental health institution I DiD I got move Back TO jail Befor The investigation was over

There are a lot of Base Less allegations But There would have TO be some sworn AFFidavits by Staff at Kirby you Stated That I was verbally and "physically" aggressive with Staff "physical means assault hands" on is physical'

you also Told The courts I was spitting on Staff 'Thats a NEW charge"

# STATEMENT OF Facts

This is my Affidavit of Facts That Led To This Lawsuite with Kirby

NOV 14, 2020 I was Taken To C-95 AMKC reciving room on a parole violation I was Sexual assaulted By officers I commence a Lawsuite 21 CV 6718 in SDNY DeFendant's Lawyers Filed a motion To Dismiss I Filed a medical Document with the court and The court ruled in my Favor at The confernce I was Told To go To 100 CHurcH St. corporation Counsel offices To Sign paperwork I was Falsely arrested For Thing I DiD NOT DO By The Police Department Thay put cuff on me Tuke me out Side of 100 — CHurcH St Thay was going TO Kill me I was Fighting For my life Not To Be Killed By police I Try To get The officers Body camera and video surveillance at 100 CHurch street, and at The Bookings at 100 center street I was Set up By Donald J. Trump people I was Sent To Kirby Because I wont plea guilty To any of These False charges my charges was dismissed

I NOt pleading TO anything Kirby
Tried TO mush my Brian Kirby Dr. DaBo
was giveing me high DOSES OF medication
I Don't Take medications sence 2020
When I TOld Them I was NOt Taking
any medication Thats when all The lie's
Started But The Scripture Says every man
is known By his works and what proceeds
from The mouth is what lies in The heart
So The Staff menders was listening
TO me Talk aBout Reparations and what
was Stolen from my people. when I was
in The STreet I was preaching The
40 acres and a mule and The Atlantic Slave TRADE
and The world Bank's Gold and Silver
and what was Taken out OF Africa when
The Slave TRADE was Takeing place.
people DiD NOt wont me Talking aBout That
my life was in Danger it was Two attempts
on my life. TRiSH my Freind Tuke care of
me on earth only her

NO court and no judge can overturn or
disregard or abrogate somebody's Affidavit
of Truth The only ONE who has any capacity
or right or responsibility or knowledge to rebut
my Affidavit of Truth is the ONE who is —
adversely affected by it. it's his job, his
right his responsibility To speak for himself
or make a statement of Truth with material
"EVIDENCE" TO ISSUE his own affidavit under
penalty of perjury because no one can speak
it for him

X _____

Robert Lee murray as Leviticus Bofnet Lucfer

STATE OF New York )
COUNTY OF            : SS:
                                )

on this 29th day of March 2023 before me
personally came Robert murray known as Leviticus Bofnet Lucfer
Executed The foregoing instrument and he acknowledged
TO me that he executed The same

_____
NOTARY PUBLIC

MARK DUKE
Notary Public - State of New York
No. 01DU6343741
Qualified in Kings County
My Comm. Expires June 20, 2024

State of New York
Office of the Attorney General
28 Liberty Street
New York, NY 10005
LITIGATION
Copy Sent

## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 4-10-23 | |
| Dated | Plaintiff's Signature |
| Robert | Lee | murray |
| First Name        Middle Initial | Last Name |
| 18-18 HAZEN St | |
| Prison Address | |
| Elmhurst | NY | 11370 |
| County, City | State | Zip Code |

Date on which I am delivering this complaint to prison authorities for mailing:  4-11-23

Page 6

Robert Murray 950-22-00004

MID ISLAND NY 117          MID ISLAND NY 117

APR 19 2023 PM          APR 19 2023 PM

To: Pro-se office
UNITED STATE DISTRICT COURT
SOUTHERN District of NewYork
500 Pearl Street

NEW YORK, N.Y. 10007

USM
NY

Legal mail