UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
:
ROBERT LEE MURRAY,                                :
aka Leviticus Lucifer,                            :
:                  21-cv-6718 (LJL)
             Plaintiff,                           :
:                     ORDER
      -v-                                         :
:
CITY OF NEW YORK et al.,                          :
:
             Defendants.         X
-------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

A telephonic conference was held in this matter on August 28, 2024. Counsel for Defendant appeared, and Plaintiff appeared pro se. This order memorializes the orders issued at that conference.

1) A copy of Plaintiff's Second Amended Complaint with Plaintiff's Social Security number redacted will be made available unsealed on the docket in this case. The original Second Amended Complaint which contains Plaintiff's Social Security number, Dkt. No. 59, shall remain sealed.

2) Defendant City of New York shall provide previously ordered *Valentin* responses by September 27, 2024.

3) Defendant City of New York shall answer or otherwise respond to the Second Amended Complaint by December 2, 2024. Defendant should not expect extensions of this deadline.

4) A status conference shall be held in this matter on December 5, 2024, at 11:00 am.

Parties are directed to dial into the Court's teleconference number at 888-251-2909, Access Code 2123101, and follow the necessary prompts.

SO ORDERED.

Dated: August 28, 2024
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge