UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT LEE MURRAY,<br><br>       Plaintiff,<br><br>  -against-<br><br>CITY OF NEW YORK, ET AL.,<br><br>       Defendants. | 21-CV-6718 (LJL)<br><br>ORDER OF SERVICE |

LEWIS J. LIMAN, United States District Judge:

  Defendant City of New York filed a letter on September 27, 2024, pursuant to its *Valentin* obligations. Dkt. No. 108. Defendant identified seven individuals, four of whom are current DOC employees. *Id.*

  The Court requests that the following Defendants waive service: Correction Captain Courtney Rogers, Shield No. 506; Correction Officer Christopher Lewis, Shield No. 5517; Correction Officer Rudolph Murray, Shield No. 4366; and Correction Officer Derrick Stevens, Shield No. 5292. The Clerk of Court is directed to notify the New York City Department of Correction and the New York City Law Department of this order.

SO ORDERED.

Dated: September 30, 2024
     New York, New York

                       LEWIS J. LIMAN
                       United States District Judge