```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
ROBERT LEE MURRAY,                                               :
                                                                 :
                        Plaintiff,                               :
                                                                 :       21-cv-6718 (LJL)
        -v-                                                      :
                                                                 :           ORDER
CITY OF NEW YORK et al.,                                         :
                                                                 :
                        Defendants.                              :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

On October 11, 2024, the Court stayed this case pending a decision by Judge Rochon on the City's motion to revoke Plaintiff's *in forma pauperis* ("IFP") status in case 24-cv-4918. Dkt. No. 111. On the same day, the Court stayed another case involving Plaintiff and the City, 22-cv-226, for the same reason. 22-cv-226, Dkt. No. 37. However, on December 16, 2024, Judge Rochon denied the City's motion to revoke Plaintiff's IFP status as moot for the reason that Plaintiff had paid the filing fee. 24-cv-4918, Dkt. No. 30. Plaintiff has also paid the filing fee in this case. *See* Docket Entry of December 10, 2024.

The Court has also received letters from Cynthia Turnipseed enclosing a power of attorney form, raising concerns about Plaintiff's condition, and requesting a stay in this case. Dkt. Nos. 114, 115. However, "a person ordinarily may not appear pro se in the cause of another person or entity," even if that person has power of attorney. *Pridgen v. Andresen*, 113 F.3d 391, 393 (2d Cir. 1997). Therefore, the Court may not accept pro se submissions from Ms. Turnipseed on Plaintiff's behalf.

The City is ordered to show cause by January 7, 2025 why the stay should not be lifted in

this matter and in 22-cv-226.

    SO ORDERED.

Dated: December 30, 2024
       New York, New York

                                                LEWIS J. LIMAN
                                      United States District Judge