

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

T<small>HE</small> C<small>ITY OF</small> N<small>EW</small> Y<small>ORK</small>
**L**AW **D**EPARTMENT
100 Church Street
NEW YORK, NY 10007

**JOSEPH ZANGRILLI**
Phone: (212) 356-2657
Fax: (212) 356-3509
jzangril@law.nyc.gov
*Senior Counsel*

January 7, 2025

**BY ECF**
Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> The stay in this case is lifted. A telephonic conference is scheduled for January 23, 2025, at 2:00 p.m. Parties are directed to dial into the Court's new teleconference number at 646-453-4442, use conference ID# 358639322, and follow the necessary prompts. The City is directed to coordinate with the facility where Plaintiff is located regarding his attendance at the conference.
>
> Date: 1/8/25
>
> SO ORDERED.
> LEWIS J. LIMAN
> United States District Judge

Re:  Murray v. City of New York, et al.,
     21 Civ. 6718 (LJL)

Your Honor:

    I am a Senior Counsel in the Office of Muriel Good Trufant, Corporation Counsel for the City of New York, and attorney for defendant City of New York in the above-referenced matter. I write in response to the Court's December 30, 2024 Order directing Defendant to show cause why the stay in this matter should not be lifted. (ECF No. 116.)

    Defendant acknowledges that the specific basis for the original stay - pending Judge Rochon's decision on Defendant's motion to revoke Plaintiff's *in forma pauperis* ("*IFP*") status in Murray v. City of New York, 24 Civ. 4918 (JLR) - has been rendered moot by Plaintiff's payment of the filing fee in both that case and the instant matter.

    That said, absent specific grounds warranting continuation of the stay, Defendant has no objection to lifting it. We are aware of Ms. Turnipseed's recent submission expressing concerns about Plaintiff's condition and requesting a stay (ECF No. 115). While the Court has correctly noted that Ms. Turnipseed cannot make submissions on Plaintiff's behalf, out of an abundance of caution, Defendant scheduled a legal call with Plaintiff to ascertain his position on whether he believes the stay should remain in place. During that call, Plaintiff indicated that he now has access to his legal papers and does not want the case to remain stayed.

    Given Plaintiff's position and the absence of other grounds warranting continuation of the stay, Defendant respectfully submits that the stay may be lifted.

Defendant thanks the Court for its time and consideration of this request.

Respectfully Submitted,

*Joseph Zangrilli /s/*

Joseph Zangrilli
Attorney for Defendant City
*Senior Counsel*
New York City Law Department
100 Church Street
New York, NY 10007
(212) 356-2657
jzangril@law.nyc.gov

Cc: **VIA FIRST CLASS MAIL**
Robert Lee Murray
B&C: 9902300038
Bellevue Hospital
462 1st Ave 19 West
New York, NY 10016
*Plaintiff Pro Se*