```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
ROBERT LEE MURRAY,                                                 :
also known as Leviticus Lucifer                                    :
                                                                   :
                          Plaintiff,                               :      21-cv-6718 (LJL)
                                                                   :
             -v-                                                   :      ORDER
                                                                   :
CITY OF NEW YORK et al.,                                           :
                                                                   :
                          Defendants.                              X
-------------------------------------------------------------------
```

LEWIS J. LIMAN, United States District Judge:

This order memorializes a telephonic conference held on January 23, 2025.

No later than January 31, 2025, the City shall mail a copy of its *Valentin* response identifying the names of relevant defendants, Dkt. No. 108, and the Second Amended Complaint, Dkt. No. 59, to Plaintiff at NYSID:06093686K, B&C: 9902300038, North Infirmary Command, 1500 Hazen Street, East Elmhurst, NY 11370.

By February 28, 2025, Plaintiff shall file a Third Amended Complaint. The Third Amended Complaint shall contain the names of the individual defendants in the caption, and in the body of the complaint the Plaintiff will identify as best as possible which defendants participated in which events. The Third Amended Complaint shall not go beyond the events described in the Second Amended Complaint.

By March 21, 2025, the City shall either indicate that it is prepared to accept service on behalf of the individual defendants or shall provide Plaintiff with service addresses for the individual defendants. Because Plaintiff has paid the fee in this case and is not proceeding *in forma pauperis*, he is not entitled under 28 U.S.C. § 1915(d) to the assistance of the United

States Marshal or court officers in making service.  Accordingly, it will be Plaintiff's responsibility to serve any individual defendants for whom the City is not prepared to accept service.  Plaintiff will be required to complete service of all individual defendants by June 19, 2025 (the period of time that is 90 days after the last date on which Plaintiff will be given service addresses by the City for those individual defendants for whom the City will not accept service).

A status conference is set for April 1, 2025, at 2:00 p.m.  Parties are directed to dial into the Court's new teleconference number at 646-453-4442, use conference ID# 358639322, and follow the necessary prompts.

The Clerk of Court is respectfully directed to update Plaintiff's address of record to NYSID:06093686K, B&C: 9902300038, North Infirmary Command, 1500 Hazen Street, East Elmhurst, NY 11370, and to mail a copy of this order to Plaintiff at that address.

SO ORDERED.

Dated: January 24, 2025
      New York, New York

_____
LEWIS J. LIMAN
United States District Judge