2-9-25

TO: Honorable Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007



Re: Robert Murray as Leviticus Lucifer
V.
City of New York    21cv6718(LJL)

Your Honor:

I am plaintiff I'm writing the court in respons to Defendant Lawyer to the court Stating I was on Riker Island on Nov 13, I was not in C-95 on Nov 13, 2020 I can prove That I Don't Know any thing about a officer Name Gary Davis I was Taken to Rikers By 2 P.O. on Nov 14 my P.O. ms Marshal will testifine to That under oath, DOC is Trying to get away with Rape Hon I was Not on Rikers on Nov 13, 2020 Parole Told me That Thay will Testifine To That.

Thank you for your Time            Robert Murray 9902300038
Call Parole 718-402-7755            1500 Hazen St (NIC)
                                    East Elmhurst NY 11370

DOC is making Fake medical records Thay are useing OMH and CHS medical To Do it I can prove it



Robert Morray as LEViticos Lucifer
B.C. 9902300038
1500 Hazen St (NIC)
~~New York~~
East Elmhurst NY 11370

To: Pro-se office
(SDNY) Court House
500 Pearl Street
New York, N.Y. 10007

Hosheny is Love
Legal me.

MID-ISLAND NY 117
11 FEB 2025 PM 3 L

RECEIVED
FEB 19 2025
PRO SE OFFICE

10007-131699