```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
ROBERT LEE MURRAY,                                                 :
also known as Leviticus Lucifer                                    :
                                                                   :
                              Plaintiff,                           :      21-cv-6718 (LJL)
                                                                   :
         -v-                                                       :      ORDER
                                                                   :
CITY OF NEW YORK et al.,                                           :
                                                                   :
                              Defendants.                          X
-------------------------------------------------------------------
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/26/2025
```

LEWIS J. LIMAN, United States District Judge:

The Court has received a letter from Plaintiff requesting a stay of his case so that he can litigate it "in the right way." Dkt. No. 128. The current deadline for Plaintiff to file a Third Amended Complaint is April 4, 2025. *See* Dkt. Nos. 123, 126. Based on Plaintiff's request for additional time, the Court will **extend his deadline to file a Third Amended Complaint to May 5, 2025.**

As stated in Dkt. No. 125, the individual defendants named by the City are:

- Captain Cossette Christian, Shield #1756 (Active)

- Correction Officer Gary Davis, Shield #5658 (Resigned)

- Correction Officer Jose Ortiz, Shield #9124 (Active)

- Correction Officer Micah Brown, Shield #3042 (Resigned)

- Correction Officer Jamien Suarez, Shield #2389 (Resigned)

- Correction Officer David Rodriguez, Shield #18913 (Active)

The Third Amended Complaint shall contain the names of the individual defendants in the caption, and in the body of the complaint the Plaintiff will identify as best as possible which

defendants participated in which events. The Third Amended Complaint shall not go beyond the events described in the Second Amended Complaint.

By June 5, 2025, the City shall either indicate that it is prepared to accept service on behalf of the individual defendants or shall provide Plaintiff with service addresses for the individual defendants. Because Plaintiff has paid the fee in this case and is not proceeding in forma pauperis, he is not entitled under 28 U.S.C. § 1915(d) to the assistance of the United States Marshal or court officers in making service. Accordingly, it will be Plaintiff's responsibility to serve any individual defendants for whom the City is not prepared to accept service.

Plaintiff will be required to complete service of all individual defendants by September 3, 2025 (the period of time that is 90 days after the last date on which Plaintiff will be given service addresses by the City for those individual defendants for whom the City will not accept service).

The status conference currently set for May 14, 2025, at 2:00 p.m. is rescheduled to June 4, 2025, at 10:00 a.m.  Parties are directed to dial into the Court's new teleconference number at 646-453-4442, use conference ID# 358639322, and follow the necessary prompts.

SO ORDERED.

Dated: March 26, 2025
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge

2