```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/11/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ROBERT LEE MURRAY,
*also known as Leviticus Lucifer*

                Plaintiff,          21-cv-6718 (LJL)

    -v-                            ORDER

CITY OF NEW YORK et al.,

                Defendants.
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court has received correspondence from Plaintiff dated March 17, 2025. Dkt. No. 132. Plaintiff requests a stay due to medical concerns. *Id.* However, on March 18, 2025, Plaintiff submitted his Third Amended Complaint. Dkt. No. 130. The Court has ordered the City to either indicate that it is prepared to accept service on behalf of the individual defendants or shall provide Plaintiff with service addresses for the individual defendants by May 5, 2025. Dkt. No. 131. Until the City does so, Plaintiff need take no action.

      Therefore, although Plaintiff may have desired a stay on March 17, 2025, this relief is now unnecessary and would only relieve the City of its obligations. The motion for a stay is denied.

      SO ORDERED.

Dated: April 11, 2025
       New York, New York

                                              LEWIS J. LIMAN
                                              United States District Judge