

**THE CITY OF NEW YORK**

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

# LAW DEPARTMENT
100 Church Street
NEW YORK, NY 10007

**JOSEPH ZANGRILLI**
Phone: (212) 356-2657
Fax: (212) 356-3509
jzangril@law.nyc.gov
*Senior Counsel*

May 5, 2025

**BY ECF**
Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    <u>Robert Lee Murray v. City of New York, et al.</u>,
              21 Civ. 6718 (LJL)

Your Honor:

      I am a Senior Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney representing the City of New York in the above referenced matter.

      As directed by the Court's April 2, 2025 Order, the City hereby provides service addresses for the individual defendants. As set forth in that Order, the Court construed Plaintiff's letter dated March 18, 2025 (Dkt. No. 130) as his Third Amended Complaint, incorporating by reference the specific officers identified therein. (*See* Dkt. No. 131).

      Correction Officer Christopher Lewis, Shield No. 5517; Correction Officer Rudolph Murray, Shield No. 4366; and Correction Officer Derrick Stevens, Shield No. 5292 may be served at Otis Bantum Correctional Center, 16-00 Hazen Street, East Elmhurst, N.Y. 11370.

      Captain Courtney Rogers, Correction Officer Christian Rosario, and Correction Officer Joseph Sheehan, who have resigned from the department, may be served at NYC Department of Correction – Legal Division, 75-20 Astoria Blvd – Suite 305, E. Elmhurst, NY 11370.

Respectfully Submitted,

*Joseph Zangrilli /s/*

Joseph Zangrilli
Attorney for Defendant City
*Senior Counsel*
New York City Law Department
100 Church Street
New York, NY 10007
(212) 356-2657
jzangril@law.nyc.gov

Cc: **VIA CERTIFIED MAIL**
Robert Lee Murray
9902300038
George R. Vierno Center
09-09 Hazen Street
East Elmhurst, NY 11370
*Plaintiff Pro Se*
(USPS Tracking #: 7017 3040 0000 9371 9993)