```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/2/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

ROBERT LEE MURRAY,

              Plaintiff,

     -v-

CITY OF NEW YORK, ET AL,

              Defendants.
-------------------------------------------------------------------X

21-cv-06718 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    Due to a conflict, the Status Conference previously set for June 4, 2025 is rescheduled to June 5, 2025 at 11:00AM. Parties are directed to dial into the Court's teleconference number at 646-453-4442 and use conference ID# 358639322. Counsel for Defendant is ordered to contact the warden at the facility Plaintiff is currently housed in to alert them of the new conference date and time, and to make arrangements for Plaintiff to be available for the telephonic conference.

    SO ORDERED.

Dated: June 2, 2025
       New York, New York

                                                    LEWIS J. LIMAN
                                                    United States District Judge