```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/05/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ROBERT LEE MURRAY,
*also known as Leviticus Lucifer*

                Plaintiff,    21-cv-6718 (LJL)

      -v-    ORDER

CITY OF NEW YORK et al.,

                Defendants.
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Plaintiff did not appear for the telephonic status conference scheduled for today, June 5, 2025. Defense counsel informed the Court that representatives of the facility at which Plaintiff is housed stated that Plaintiff refused to appear for the conference.

      The telephonic status conference is rescheduled for July 8, 2025, at 2:00 p.m. Parties are directed to dial into the Court's teleconference number at 646-453-4442 and use conference ID# 358639322. Counsel for Defendant is ordered to contact the warden at the facility at which Plaintiff is currently housed to alert them of the new conference date and time. Plaintiff is advised that failure to appear at the conference may result in dismissal of this case for failure to prosecute or for failure to comply with this Order.

      SO ORDERED.

Dated: June 5, 2025
       New York, New York

                                                  LEWIS J. LIMAN
                                                  United States District Judge