```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
ROBERT LEE MURRAY,                                                 :
also known as Leviticus Lucifer                                    :
                                                                   :
                          Plaintiff,                               :      21-cv-6718 (LJL)
                                                                   :
            -v-                                                    :      ORDER
                                                                   :
CITY OF NEW YORK et al.,                                           :
                                                                   :
                          Defendants.                              X
---------------------------------------------------------------------
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/08/2025

LEWIS J. LIMAN, United States District Judge:

Plaintiff could not be reached for the telephonic conference scheduled for today, July 8, 2025. The conference is rescheduled for August 7, 2025, at 2:00 p.m.

The Clerk of Court is directed to mail a copy of this order to Plaintiff at the following address: Kirby Forensic Psychiatric Center, 102 Rivers Edge Rd, New York, NY 10035.

SO ORDERED.

Dated: July 8, 2025
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge