To

Honorable Judge Limon

I am writing on behalf of my husband Robert Murry case number 21CV6718, Robert is currently at Kirby forensics, he is having a hard time with staff, they are injecting him against his will and they are completely ignoring his religious beliefs. He has a medical condition that is private and the staff there has revealed his condition. I have seen firsthand the condition of his legs and they are refusing him to go to an outside hospital, I have contacted the justice center because of all thats going on the complaint number is 101-240 369 525 49, upon arrival to Kirby he had slashes on his lower arm from the officers slamming his arm in a slot, we just wanted you to be aware of all thats going on & thank you for your time, if you need to confirm anything with me my number is 646 319 8016

Thank you
Cynthia Trumpfheed



Return address: C. Turnipseed, 758 Pelham Parkway S, Apt 4F, Bronx NY 10462

Addressed to: Pro Se Office, 500 Pearl St, NYC NY 10007

Postmark: NEW YORK NY 100, 15 JUL 2025 PM 14 L

Stamp: RECEIVED JUL 18 2025 PRO SE OFFICE

USPS SDNY stamp