UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ROBERT LEE MURRAY

                                                         Plaintiff,

                                                **NOTICE OF APPEARANCE**

        -against-

                                                           21 Civ. 6718 (LJL)

THE CITY OF NEW YORK, et al,

                                            Defendants.

------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that John McLaughlin, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Muriel Goode-Trufant, attorney for defendant City of New York. All future notifications should be forwarded to the undersigned and copied to ecf@law.nyc.gov.

Dated:        New York, New York
                 August 7, 2025

                                                   MURIEL GOODE-TRUFANT
                                                   Corporation Counsel of the City of
                                                        New York
                                                   *Attorney for Defendant City*
                                                   100 Church Street,
                                                   New York, New York 10007
                                                   P: (212) 356-2670

                                        By:    *John McLaughlin /s/*
                                                    John McLaughlin, Esq.
                                                    *Assistant Corporation Counsel*

- 2 -

Cc: **<u>VIA FIRST CLASS MAIL</u>**
    Robert Lee Murray
    B&C: 9902300038
    Manhattan Psychiatric Center
    102 River Edge Rd. Ward 3A
    Manhattan, NY 10035
    *Plaintiff Pro Se*