```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/07/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ROBERT LEE MURRAY,
*also known as Leviticus Lucifer*

                Plaintiff,                         21-cv-6718 (LJL)

       -v-                                         ORDER

CITY OF NEW YORK et al.,

                Defendants.
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       This Order memorializes the conference held on August 7, 2025.

       Plaintiff's deadline to serve Defendants is extended to October 17, 2025.

       Plaintiff needs to serve the following Defendants: Captain Courtney Rogers, Correction Officer Christian Rosario, and Correction Officer Joseph Sheehan. The service address for these defendants is: NYC Department of Correction – Legal Division, 75-20 Astoria Blvd – Suite 305, E. Elmhurst, NY 11370.

       The Court has mailed Plaintiff a guide to service with instructions on how to serve the Defendants. *See* Dkt. No. 143. Because Plaintiff has not received the guide, the Court will mail the guide again to Plaintiff. At Plaintiff's request, the Court will also mail the guide to Cynthia Turnipseed at 758 Pelham Pkwy S, Apt 4F, Bronx, NY 10462.

       Plaintiff does not need to serve the following Defendants: Correction Officer Christopher Lewis, Shield No. 5517; Correction Officer Rudolph Murray, Shield No. 4366; and Correction Officer Derrick Stevens, Shield No. 5292.

       The City will file a letter by August 14, 2025, informing the Court of any additional

information regarding how to ensure the Plaintiff receives mail at his current address.

The Court will set a date for a conference in early November 2025 by further order.

The Clerk of Court is respectfully directed to mail this Order and the Order at Dkt. No. 143, including all attachments, to Robert Lee Murray NYSID:06093686K, B&C: 9902300038 Manhattan Psychiatric Center 102 River Edge Rd. Ward 3A Manhattan, NY 10035.

The Clerk of Court is also respectfully directed to mail this Order and the Order at Dkt. No. 143, including all attachments, to Cynthia Turnipseed, 758 Pelham Pkwy S, Apt 4F, Bronx, NY 10462.

SO ORDERED.

Dated: August 7, 2025
      New York, New York

                                                 LEWIS J. LIMAN
                                             United States District Judge