UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/14/2025
```

-------------------------------------------------------------------X
                                  :

ROBERT LEE MURRAY,             :

                         Plaintiff,     :

                                    :                 21-cv-6718 (LJL)

        -v-                    :

                                    :                   ORDER

CITY OF NEW YORK et al,       :

                                    :

                     Defendants.    :

-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Plaintiff filed a motion for Leave to Proceed In Forma Pauperis on August 11, 2025.
Dkt. No. 146.  However, Plaintiff paid the Pro Se fee on December 10, 2024.  *See also* Dkt. No.
116.  Plaintiff has thereby "effectively volunteer[ed] to give up IFP status."  *Murray v. City of
New York*, Case No. 1:24-cv-04918, Dkt. No. 30 (JLR) (Dec. 16, 2024) (quoting *Jackson v.
Stack*, 2018 WL 6068176, at *3 (W.D.N.Y. Nov. 20, 2018)).  "Consequently, the Court going
forward will regard [Plaintiff] as no longer in IFP status by his own accord."  *Id.*

      Accordingly, Plaintiff's motion for Leave to Proceed In Forma Pauperis is DENIED.

      The Clerk of Court is respectfully directed to mail this Order to the Plaintiff at his
mailing address on file with the Court and to close the motion at Dkt. No. 146.

      SO ORDERED.

Dated: August 14, 2025
      New York, New York             _____
                                     LEWIS J. LIMAN
                            United States District Judge