

**THE CITY OF NEW YORK**

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

# LAW DEPARTMENT
100 Church Street
NEW YORK, NY 10007

**JOHN MCLAUGHLIN**
Phone: (212) 356-2670
Fax: (212) 356-3509
jmclaugh@law.nyc.gov
*Assistant Corporation Counsel*

August 14, 2025

**BY ECF**
Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    <u>Robert Murray v. City of New York, et al.</u>,
              21 Civ. 6718 (LJL)

Your Honor:

        I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney representing the City of New York in the above-referenced matter. I write in response to the Court's Order dated August 7, 2025 (ECF No. 145), directing the City to provide additional information regarding how to ensure that Plaintiff receives mail at his current address.

        Following the Court's directive, the undersigned was able to contact Plaintiff's assigned social worker, Mary Savva, LCSW, CASAC, on August 12, 2025, and learned information that may explain and should resolve the mail delivery issues.

        Most significantly, the Court's records appear to contain an incorrect facility designation for Plaintiff. On information and belief, Plaintiff is housed at Kirby Forensic Psychiatric Center, not Manhattan Psychiatric Center as indicated in Court records. While both facilities share the same street address (102 Rivers Edge Road), they are distinct institutions. This misidentification likely contributed to the mail delivery issues. The correct mailing address, as confirmed by Ms. Savva, is:

        Robert Murray
        Kirby Forensic Psychiatric Center
        102 Rivers Edge Rd.
        New York, NY 10035
        Ward 3A

Ms. Savva also confirmed that Plaintiff does receive mail at the facility, having personally delivered a package from his family to him approximately one week prior to our correspondence. Ms. Savva also informed me that, following our initial correspondence, she forwarded our concerns to mailroom staff, instructing them to closely monitor all incoming mail for Plaintiff and to bring it to the ward immediately upon receipt.

With the corrected address now provided and enhanced monitoring procedures implemented by facility staff, the City respectfully submits that these measures should adequately address the Court's concerns regarding Plaintiff's mail access.

The Defendant thanks the Court for its attention to this matter.

Respectfully Submitted,

*John McLaughlin /s/*

John McLaughlin
Attorney for Defendant City
*Assistant Corporation Counsel*
New York City Law Department
100 Church Street
New York, NY 10007
(212) 356-2670
jmclaugh@law.nyc.gov

Cc:     **VIA FIRST CLASS MAIL**
        Robert Murray
        Kirby Forensic Psychiatric Center
        102 Rivers Edge Rd.
        New York, NY 10035
        Ward 3A