UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Robert Lee Murray

                            Plaintiff,

    -against-

The City of New York et al

                            Defendant(s).

21-CV-06718
WAIVER OF SERVICE OF
SUMMONS UNEXECUTED

The New York City Department of Correction declines on behalf of the defendants listed below to waive service of the summons and complaint in this case and for each defendant provides a brief explanation as to why service is not being waived.

| **Defendant's name** | **Reason service not waived** |
| --- | --- |
| CO Lewis, Shield #5517 | On vacation with a return date of 08/31/25. Will be served upon his return |

Dated: August 25, 2025

S/
Howard Sterinbach
~~Assistant General Counsel~~
New York City Department of Correction
**718-546-0816**

New York, New York

New York City Department of Correction
**718-546-0816**