To: Pro-se Clerk Office
From: Robert Lee Murray
Date: 8-24-25
Reason: Copies of summons, complaints etc.

RECEIVED SEP - 3 2025 PRO SE

Whom It May Concern,

I, Robert Lee Murray, am writing you to request the summons', complaints and copies of case number 21CV6718. I'm also requesting information to the U.S Marshals office so that I may be informed on who and how to serve the deffendants. Also I need to know who to make the cashiers check to.

I'm asking that you send the information as soon as possible so that I may be able to proceed. Thank you for your time.

Robert Lee Murray
Kirby Forensic Psychiatric Center
102 Rivers Edge Road
New York, N.Y. 10035

Robert Mort ~~Sal~~ Leviticus Lucifer
MANHATTAN PSYCHIATRIC CENTER
KIRBY FORENSIC PSYCHIATRIC CENTER
WARD'S ISLAND COMPLEX
NEW YORK, NEW YORK 10035-6095

RECEIVED
SEP 03 2025
PRO SE OFFICE

NEW YORK NY 100
29 AUG 2025 PM 12 L

To: Pro-se office
(SDNY) US. Courthouse
500 pearl street
New york, N.Y. 10007

