TO:

Honorble Judge Limon,

hello sir my name is Cynthia Turnipseed, I am writing on behalf of my husban Robert Murry AKA Leviticus Lucifer,

he respectfuly is requesting a 90 day extension on the case 21cv6718, he still needs to get three defendants served, at the present time he has to pathis litigation on hold for the reason he is curently at kirby forensic and he has no access to law library.

hopefully he can resume his battle once he returns to rikers, he has been denied the curtesy to be taken to an outside hospital he is in constant pain due to a nerve condition he has,

once he recieves his extension if granted he will make sure that his buisness is taken care of, if you need to reach him his address at Kirby is 102 riversedge road ward 3A NYC NY 10035,

And if you need to contact me my address is Cynthia Turnipseed, 758 Pelham Pkwy S apt 4F Bronx NY 10462.

thank you so very much for taking the time to read this,

Cynthia Turnipseed

Also if you need to call my number
646 319 8012

**RECEIVED OCT 24 2025 PRO SE OFFICE**




Cynthia Turnipseed
750 Pelham Pkwys
Apt 4F
Bronx NY 10462

Pro Se Office
500 Pearl St
NYC NY 10007

RECEIVED OCT 24 2025 PRO SE OFFICE

NEW YORK NY 100  22 OCT 2025 PM 13 L