```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
ROBERT LEE MURRAY,                                               :
                                                                 :
                        Plaintiff,                               :
                                                                 :           21-cv-6718 (LJL)
          -v-                                                    :
                                                                 :              ORDER
CITY OF NEW YORK et al.,                                         :
                                                                 :
                        Defendants.                              :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The Court has before it the questions: (1) whether to permit Plaintiff to file a Fourth Amended Complaint adding corrections officer Davis as a defendant, Dkt. No. 148; (2) Defendants' opposition to the Fourth Amended Complaint, Dkt. No. 151; (3) Defendants' request joined by Plaintiff for an order holding in abeyance all of Defendants' deadlines to answer or otherwise respond to the Complaint and any associated Rule 12 or scheduling obligations tied to a responsive pleading until the Court resolves whether Plaintiff's August 11, 2025 submission will be permitted as an operative pleading; and (4) Plaintiff's request, submitted by a next friend, that he be granted a 90-day extension of time to serve the individual defendants, Dkt. No. 158.

By order of April 2, 2025, the Court designated Dkt. No. 130 as the Third Amended Complaint. Dkt. No. 131. Without leave of the Court, on August 11, 2025, Plaintiff submitted a purported Fourth Amended Complaint, Dkt. No. 148, which the City has construed as a Rule 15(a)(2) motion for leave to amend and has opposed. Dkt. No. 151.

Plaintiff has served the City, Correction Officer Murray (#4366), and Correction Officer Stevens (#5292), but has not served Captain Rogers, Correction Officer Rosario or Correction Officer Sheehan. The deadline to serve the latter three was September 15, 2025. Dkt. No. 143.

The City's Memorandum of Law opposing the Fourth Amended Complaint was filed on August 22, 2025. Dkt. No. 151. Under the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Plaintiff's response was due fourteen days later, on September 6, 2025. *See* Local Civil Rule 6.1(b).

The Court takes the question whether to permit the Fourth Amended Complaint under advisement. The operative complaint is that which the Court deemed the Third Amended Complaint. The Court extends Plaintiff's time to respond *nunc pro tunc* to November 28, 2025. The City's reply is due December 8, 2025. Plaintiff is granted an extension to November 28, 2025, to serve Captain Rogers, Correction Officer Rosario and Correction Officer Sheehan. No further extensions should be expected. Defendants' deadlines to answer or otherwise respond to the complaint and any associated Rule 12 or scheduling obligations tied to a responsive pleading are stayed until the Court resolves whether Plaintiff's August 11, 2025 submission will be permitted as an operative pleading.

The Clerk of Court is respectfully requested to mail a copy of this order to the Plaintiff at his mailing address on file with the Court, and to his next friend Cynthia Turnipseed at 758 Pelham Parkway, Apt. 4F, Bronx NY 10462. The Clerk of Court is further requested to close the motions at Dkt. Nos. 156 and 158.

SO ORDERED.

Dated: October 29, 2025
      New York, New York

                                            LEWIS J. LIMAN
                                       United States District Judge