To: Honorable Lucis J. Liman  
United States District Judge

10-20-25

Re: Robert Lee Murray A.K.A. Leviticus v. City of New York 21CV6718

Dear Hon,

I, Robert Lee Murray, am writing to ask the court for a 90 day extension on the above case. I am currently facing hardship and my current location has no law library. My legal work has been confiscated by staff members here. I am unable to get any law work done here. Therefore I'm asking for a 90 day extension or stay to my case.

I thank the court for their attention to this matter.

Robert Lee Murray A.K.A  
Leviticus Lucifer Ward 3A  
Manhattan Psychiatric Center  
Kirby Forensic Psychiatric Center  
Ward's Island Complex  
New York, N.Y 10035-6095

US POSTAGE
quadient
FIRST-CLASS MAIL
IMI
$000.74
11/04/2025 ZIP 10035
043M31239878

NEW YORK NY 100
5 NOV 2025 PM



Pro-Se Office
United States Court House
500 Pearl Street
New York, N.Y. 10007

10007-131656

Robert Lee Murray
MANHATTAN PSYCHIATRIC CENTER
KIRBY FORENSIC PSYCHIATRIC CENTER
WARD'S ISLAND COMPLEX
NEW YORK, NEW YORK 10035-6095

RECEIVED
NOV 07 2025
PRO SE OFFICE