10-20-25

TO: pro-se office

Robert Murray v. City of New York
21cv6718

Dear Sir/madam

I'm writing to ask for a copy of my complaint and sommons to the above case
RECEIVED NOV 07 2025 PRO SE OFFICE

Robert Murray

Robert Morray/Leviticus Lucifer
MANHATTAN PSYCHIATRIC CENTER
KIRBY FORENSIC PSYCHIATRIC CENTER
WARD'S ISLAND COMPLEX
NEW YORK, NEW YORK 10035-6095

US POSTAGE
quadient
FIRST-CLASS MAIL
IMI
$000.74⁹
11/04/2025 ZIP 10035
043M31239978

NEW YORK NY 100
5 NOV 2025 PM

To: Pro-se office
(SDNY) United States Court House
500 Pearl Street
New York, NY. 10007

RECEIVED
NOV 07 2025
PRO SE OFFICE

10007-131659

Legal mail