12-18-25

To: Prose Office

Dear Sir/madam

Can you please change my Address

To) Robert Murray/Leviticus Locker
1600 Hazen St
East Elmhurst NY 11370

Case 21cv6718
Case 24cv6023
Case 24cv4918


RECEIVED
JAN - 2 2026
PRO SE OFFICE

Robert Murray knows as Levi Levi MID-ISLAND NY 117 29 DEC 2025 PM 3 L
#99D 25 00350
1600 Hazen St
East Elmhurst NY 11370

RECEIVED
SDNY PRO SE OFFICE
2026 JAN -2 PM 12:25

To: Pro se office
United States Court House
(SDNY)
500 Pearl Street
New York, N.Y. 10007

USM P3
SDNY

Legal mail  10007-131599