IH-34

Rev:2014-1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

21cv 6718
23cv 458
24cv 4918
Robert Murray/Leviticos Lucfer 24cv 6023

(List the full name(s) of the plaintiff(s)/petitioner(s).)

_____CV_____ (____)(____)

-against-

City of N.Y.

NOTICE OF CHANGE OF
ADDRESS

2026 MAR 26 PM 3: 54
RECEIVED
SDNY PRO SE OFFICE

(List the full name(s) of the defendant(s)/respondent(s).)

I hereby notify the Court that my address has changed to the following:

Robert Murray

Name (Last, First, MI)

Leviticus Lucfer

1500 Hazen St    E.Elmhurst    NY.    11370

Address                 City                    State       Zip Code

917-587-5399

Telephone Number                    E-mail Address (if available)

_____        _____
Date                                          Signature

Case 1:21-cv-06718-LJL   Document 164   Filed 03/27/26   Page 2 of 2



Robert Morray/Levitices
1500 Hazen St
E. Elmhorst N.Y. 11370

MID-ISLAND NY 117
24 MAR 2026 PM 4 L

SDNY PRO SE OFFICE
2026 MAR 25 PM 3:40

USA SDNY

TO: Pro-se office
Unified States Distes
Court 500 pearl St.
New York, N.Y 10007

Legal Mail

10007-131699