UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ :

ROBERT LEE MURRAY,

                                    Plaintiff,          **NOTICE OF APPEARANCE**

            -against-                                   21 Civ. 6718 (LJL)

CITY OF NEW YORK, ET AL.,

                                    Defendants.

------------------------------------------------------------------------ :

        **PLEASE TAKE NOTICE** that **GREGORY J.O. ACCARINO**, Senior Counsel,

hereby appears as counsel of record on behalf of the Corporation Counsel of the City of New York,

Steven Banks, attorney for defendants City of New York, Correction Officer ("CO") Murray

(#4366), and CO Stevens (#5292) in this action, and requests that all papers and future notifications

in this action be served upon the undersigned at the address stated below and copied to

ecf@law.nyc.gov.

Dated:       New York, New York
           April 27, 2026

                                  STEVEN BANKS
                                  Corporation Counsel of the City of New York
                                  *Attorney for Defendants City of New York,*
                                  *Murray, and Stevens*
                                  100 Church Street
                                  New York, New York 10007
                                  (212) 356-1945
                                  gaccari@law.nyc.gov

                         By:    /s/ *Gregory J.O. Accarino*
                                  Gregory J.O. Accarino
                                  *Senior Counsel*
                                  Special Federal Litigation Division

cc:    **<u>VIA U.S. MAIL</u>**
Robert Lee Murray
*Plaintiff Pro Se*
B&C: 9902300038
Bellevue Hospital OTxHU (BHTU)[1]
462 1st Avenue, 2nd Floor
New York, NY 10016

---

[1] Although plaintiff's Notice of Change of Address, filed on March 27, 2026 (Dkt. No. 31), indicated that plaintiff was located at 1500 Hazen St. E. Elmhurst, NY 11370, DOC Inmate Lookup currently states that plaintiff is located at the Bellevue Hospital OTxHU Unit.

**DECLARATION OF SERVICE BY MAIL**

I, Menachem Mendel Pinson, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that on April 27, 2026, I served the annexed **NOTICE OF APPEARANCE FOR DEFENDANTS CITY OF NEW YORK, MURRAY, AND STEVENS** upon the following individual by causing a copy of same, enclosed in a first class postpaid properly addressed wrapper, to be deposited in a post office/official depository under the exclusive care and custody of the United States Postal Service, within the State of New York, directed to Plaintiff at the address set forth below, being the address designated by Plaintiff for that purpose:

Robert Lee Murray
*Plaintiff Pro Se*
B&C: 9902300038
Bellevue Hospital OTxHU (BHTU)[2]
462 1st Avenue, 2nd Floor
New York, NY 10016

Dated: New York, New York
April 27, 2026

/s/ *Menachem Mendel Pinson*
Menachem Mendel Pinson
*Assistant Corporation Counsel*
Special Federal Litigation Division

---

[2] Although plaintiff's Notice of Change of Address, filed on March 27, 2026 (Dkt. No. 31), indicated that plaintiff was located at 1500 Hazen St. E. Elmhurst, NY 11370, DOC Inmate Lookup currently states that plaintiff is located at the Bellevue Hospital OTxHU Unit.