UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X    INDEX#:

ROBERT LEE MURRAY,                                                                (SEE BELOW)
                                                                                             ECF CASE

                                                            Plaintiff,
                                                                                 Notice of Limited Appearance

                    -    against -

 THE CITY OF NEW YORK, et al. (21CV6718), (22CV226),
 (23CV458), (24cv3758), (24CV6023), (24CV4918),
 Pratt (22CV638), Doe (22CV973), Department of Law
 (22CV226)

                                                            Defendants.

------------------------------------------------------------------------X

        **PLEASE TAKE NOTICE** that the undersigned hereby appears for a limited purpose in
this matter on behalf of Plaintiff Robert Lee Murray,  and requests that all future papers in this
action be served upon the undersigned at the address stated below. The undersigned has been
retained to seek a global settlement of the following cases for which the Plaintiff has filed and has
been in conversations with a supervising counsel for defendants to seek to reach a global settlement:

|          | Judge   |         | Case Name                                        |
|----------|---------|---------|--------------------------------------------------|
|          |         |         |                                                  |
| 21cv6718 | Liman   | LJL     | Robert Lee Murray v. City of New York, et al     |
| 22cv226  | Liman   | LJL     | Robert Lee Murray v. Department of Law, et al    |
| 22cv638  | Oetken  | JPO     | Murray v. Pratt                                  |
| 22cv973  | Oetken  | JPO     | Murray v. Doe, et al                             |
| 23cv458  | Garnett | MMG     | Murray v. City of NY, et al                      |
| 24cv3758 | Clarke  | JGLC    | Murray v. City of NY, et al                      |
| 24cv6023 | Oetken  | JP GS   | Murray  v. City of NY et al                      |
| 25cv4918 | Rochon  | JLR OTW | Murray v. City of NY, et al                      |

Dated: New York, New York
        June 9, 2026

                                                     /s/wylie stecklow_____
                                                    Wylie M. Stecklow, Esq.
                                                    Wylie Stecklow PLLC
                                                    Attorneys for Plaintiff
                                                     Robert Lee Murray
                                                    Carnegie Hall Tower
                                                    152 W. 57th St, 8th Floor
                                                    New York, New York 10019
                                                    (212) 566-8000

TO: All Counsel (By ECF)