USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/11/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ROBERT LEE MURRAY,

                                          Plaintiff,

       -   against -

THE CITY OF NEW YORK, et al. (21CV6718), (22CV226),
(23CV458), (24cv3758), (24CV6023), (24CV4918),
Pratt (22CV638), Doe (22CV973), Department of Law
(22CV226)

                                      Defendants.
------------------------------------------------------------------------X

INDEX#:
     (SEE BELOW)
     ECF CASE

     Notice of Limited Appearance

       **PLEASE TAKE NOTICE** that the undersigned hereby appears for a limited purpose in this matter on behalf of Plaintiff Robert Lee Murray,  and requests that all future papers in this action be served upon the undersigned at the address stated below. The undersigned has been retained to seek a global settlement of the following cases for which the Plaintiff has filed and has been in conversations with a supervising counsel for defendants to seek to reach a global settlement:

|  | Judge |  | Case Name |
|---|---|---|---|
|  |  |  |  |
| 21cv6718 | Liman | LJL | Robert Lee Murray v. City of New York, et al |
| 22cv226 | Liman | LJL | Robert Lee Murray v. Department of Law, et al |
| 22cv638 | Oetken | JPO | Murray v. Pratt |
| 22cv973 | Oetken | JPO | Murray v. Doe, et al |
| 23cv458 | Garnett | MMG | Murray v. City of NY, et al |
| 24cv3758 | Clarke | JGLC | Murray v. City of NY, et al |
| 24cv6023 | Oetken | JP GS | Murray  v. City of NY et al |
| 24cv4918 | Rochon | JLR OTW | Murray v. City of NY, et al |

Dated: New York, New York
     June 9, 2026

                            _/s/wylie stecklow_____
                            Wylie M. Stecklow, Esq.
                            Wylie Stecklow PLLC

**SO ORDERED.**

Dated: June 12, 2026
     New York, New York

                            _____
                            SARAH NETBURN
                            United States Magistrate Judge