USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/9/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X

**ROBERT LEE MURRAY,**

**Plaintiff,**

**-against-**

**CITY OF NEW YORK, et al.,**

**Defendants.**

----------------------------------------------------------------X

**21-CV-06718 (LJL)**

**ORDER**

----------------------------------------------------------------X

**ROBERT LEE MURRAY,**

**Plaintiff,**

**-against-**

**DEPARTMENT OF LAW, et al.,**

**Defendants.**

----------------------------------------------------------------X

**22-CV-00226 (LJL)**

----------------------------------------------------------------X

**ROBERT LEE MURRAY,**

**Plaintiff,**

**-against-**

**C.O. PRATT, et al.,**

**Defendants.**

----------------------------------------------------------------X

**22-CV-00638 (JPO)(SN)**

-----------------------------------------------------------------X

**ROBERT LEE MURRAY,**

**Plaintiff,** **22-CV-00973 (JPO)(SN)**

**-against-**

**C.O. JOHN DOE, et al.,**

**Defendants.**

-----------------------------------------------------------------X

-----------------------------------------------------------------X

**ROBERT LEE MURRAY,**

**Plaintiff,** **23-CV-00458 (MMG)**

**-against-**

**CITY OF NEW YORK, et al.,**

**Defendants.**

-----------------------------------------------------------------X

-----------------------------------------------------------------X

**ROBERT LEE MURRAY,**

**Plaintiff,** **24-CV-03758 (JGLC)(SDA)**

**-against-**

**CITY OF NEW YORK, et al.,**

**Defendants.**

-----------------------------------------------------------------X

---------------------------------------------------------------X

**ROBERT LEE MURRAY,**

**Plaintiff,**

**24-CV-06023 (JPO)(SN)**

**-against-**

**CITY OF NEW YORK, et al.,**

**Defendants.**

---------------------------------------------------------------X

---------------------------------------------------------------X

**ROBERT LEE MURRAY,**

**Plaintiff,**

**24-CV-04918 (JLR)**

**-against-**

**CITY OF NEW YORK, et al.,**

**Defendants.**

---------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

The parties have informed the Court that they are close to reaching a settlement. As such, the deadline to file any *ex parte* letters and the settlement conference scheduled for Thursday, September 17, 2026, are adjourned. The parties are ORDERED to file a status letter regarding settlement by no later than Friday, September 11, 2026.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: September 9, 2026
New York, New York