WYLIE STECKLOW PLLC
LAWYERS FOR THE REST OF US.COM

Ne
Fax: (212) 202-4952
Wylie@wylielaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/18/2026

September 17, 2026

Honorable Judge Sarah Netburn
Southern District of New York
(VIA ECF)

Re:

| Index | Judge | Case Name |
|---|---|---|
| 24cv3758 | Clarke | *Murray v. City of NY, et al* |
| 23cv458 | Garnett | *Murray v. City of NY, et al* |
| 21cv6718 | Liman | *Robert Lee Murray v. City of New York, et al* |
| 22cv226 | Liman | *Robert Lee Murray v. Department of Law, et al* |
| 22cv638 | Oetken | *Murray v. Pratt* |
| 22cv973 | Oetken | *Murray v. Doe, et al* |
| 24cv6023 | Oetken | *Murray v. City of NY et al* |
| 25cv4918 | Rochon | *Murray v. City of NY, et al* |

Dear Hon. Judge Netburn:

Please accept this correspondence as an update on the settlement status of the above matters. I can confirm to the Court that the parties have reached an agreement to settle all of the above matters except 22-cv-226 *Murray v Dept of Law* (Hon Liman, J). The parties need additional time to facilitate the execution of settlement papers for all of the cases except 22cv226. On consent, the parties request a forty-five (45) day adjournment before the cases are marked off the calendar. The parties can update the court in three weeks to confirm the status of the settlement.

The parties' request is GRANTED. No later than Friday, October 9, 2026, the parties shall submit a status letter to the Court.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

Dated: September 18, 2026
New York, New York