**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK , NEW YORK 10007

**JOSEPH ZANGRILLI**
*Senior Counsel*
jzangril@law.nyc.gov
Phone: (212) 356-2337
Fax: (212) 356-3509

October 6, 2026

**By ECF**
Honorable Sarah Netburn
United States Magistrate Judge
Southern District of New York
40 Foley Street
New York, New York 10007

Re: Robert Lee Murray v. City of New York, et. al.,
21 Civ. 6718 (LJL)
22 Civ. 226 (LJL)
22 Civ. 638 (JPO)(SN)
22 Civ. 973 (JPO(SN)
23 Civ. 458 (MMG)
24 Civ. 3758 (JGLC)(SDA)
24 Civ. 6023 (JPO)(SN)
24 Civ. 4918 (JLR)

Your Honor:

I am a Senior Counsel in the office of Steven Banks, Corporation Counsel of the City of New York, and the attorney representing the City of New York in the above-referenced matters. Defendant City respectfully requests the Court to schedule a conference to discuss the current status of these matters, including settlement.

By way of background, on June 12, 2026, the Court endorsed the notice of limited appearance filed by Wylie M. Stecklow, Esq., on behalf of plaintiff. (ECF Dkt. 168). Since that time, the undersigned and Mr. Stecklow engaged in several rounds of negotiations in an effort to pursue global resolution of all of the above-referenced matters. As indicated in Mr. Stecklow's letter dated September 17, 2026, the parties had reached an agreement to settle all of Plaintiff's cases, with the exception of one, for which a carve-out had been negotiated and agreed upon. (ECF Dkt. 171).

Thereafter, the City prepared settlement paperwork for Plaintiff's execution. However, Mr. Stecklow has since indicated that Plaintiff no longer wishes to follow through with the settlement and instead wishes to litigate the matters. In light of the substantial time and resources that counsel for both parties have dedicated to exploring resolution, the City is requesting a conference with the Court. There is no prejudice to Plaintiff in schedule a conference, as counsel

has already dedicated several months to negotiating these matters on his behalf, and all parties would benefit from clarity at this stage.

For these reasons, Defendant respectfully requests that the Court schedule a conference to discuss these matters.

Defendant thanks the Court for its time and consideration herein.

Respectfully submitted,

*/s/ Joseph Zangrilli*
Joseph Zangrilli
*Senior Counsel*
Special Federal Litigation

Cc: **VIA ECF**
Wylie M. Stecklow