USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_______________
DATE FILED: 10/19/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------- X

ROBERT LEE MURRAY,

Plaintiff,

-v-

CITY OF NEW YORK, et al.,

Defendants.

----------------------------------------------------------------------- X

21-cv-6718 (LJL)

ORDER OF REFERENCE

LEWIS J. LIMAN, United States District Judge:

This action is referred to the assigned Magistrate Judge for the following purpose:

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute: ______________________________

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _______________

X Settlement

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____________________

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation).
Particular Motion: _______________

The parties are directed to contact the chambers of Magistrate Judge Netburn.

SO ORDERED.

Dated: October 19, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge