Oct. 6, 2026

To Lewis J LIMAN United States
District Judge
500 Pearl Street
NEW York N.Y. 10007

Robert Murray/Leviticus Lucfer
v.
City of NEW York
21CV6718

Dear your honor

I am writing you to Notify the court that I wish to prosecute my cases I seek justice something I know that you will give me your honor the defendants offer will not give me justice I told the lawyer that I do not wish to settle I wish to go forward with my claims thank you for this time have a blessed day

Robert Murray known as
Leviticus Lucifer
1600 Hazen St
East Elmhurst NY 113

Robert murray known as Levi Frees Locke
1600 Hazen st
East Elmhurst NY 11370

NEW YORK NY 100
10 OCT 2026 PM 12 L

Thinking

PURPLE HEART
FOREVER USA

SCANNED

RECEIVED
SDNY PRO SE OFFICE

USM P3
SDNY

To: pro-se office
US Court House
SDNY
500 Pearl Street
New York NY 10007



Hashem
is Lord
and King

Legal mail

10007-131699